1  STEVEN W. MYHRE
Acting United States Attorney
2  ROBERT A. KNIEF
Assistant United States Attorney
3  District of Nevada
501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada  89101
Phone:  (702) 388-6336
5  Fax:  (702) 388-6418
Email:  robert.knief@usdoj.gov
6  *Counsel for the United States*

7                 *UNITED STATES DISTRICT COURT*
                 *DISTRICT OF NEVADA*
8                        -oOo-

9  UNITED STATES OF AMERICA,

10                 Plaintiff,              **CASE NO.:  2:14-cr-328-KJD-NJK**

11         vs.                            INFORMATION (21 U.S.C. § 851)

12  ANTHONY NAVARRO,

13                 Defendant.

14        The United States of America, by and through STEVEN W. MHYRE,

15  Acting United States Attorney, ROBERT KNIEF, Assistant United States

16  Attorney, files this Information, pursuant to Title 21, United States Code, Section 851,

17  providing notice to the Court and the Defendant, Anthony Navarro, of the Government's

18  intention to rely upon the Defendant's previous felony drug conviction to increase the

19  Defendant's punishment for Count One of the Second Superseding Indictment, which

20  charges the Defendant with Conspiracy to Manufacture and Possess with the Intent to

21  Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections

22  841(a)(1) and (b)(1)(A)(viii).

23

24                                         1

1    The conviction relied upon is as follows:  On or about August 14, 2014, in

2    Westchester County Court, New York, Case No. 00441-2013, the Defendant was

3    convicted of Attempted Criminal Possession of a Controlled Substance in the Third

4    Degree, a Class C felony.

5    A copy of the court disposition is attached hereto as Exhibit A (Uniform

6    Sentence and Commitment).

7    DATED this 28th day of June, 2017.

8                                                              Respectfully submitted,

9                                                              STEVEN W. MHYRE
                                                               Acting United States Attorney
10

11                                                             /s/ Robert A. Knief

                                                               _____
12                                                             ROBERT A. KNIEF
                                                               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24
                                                       2

1

**CERTIFICATE OF SERVICE**

2

     I, Robert Knief, certify that the following individual was served with a copy of

3

the GOVERNMENT'S INFORMATION (21 U.S.C. § 851) on this date by the below

4

identified method of Electronic Case Filing.

5

6

     DATED:  June 28, 2017

7

                    /s/ Robert A. Knief

8

                    ROBERT A. KNIEF
                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT A

UNIFORM SENTENCE & COMMITMENT

UCS-854(8/2011)

**STATE OF NEW YORK**
**COUNTY    COURT, COUNTY OF WESTCHESTER**
**PRESENT: HON WARHIT,B**

Court Part: BEW
Court Reporter: C HILLS
Superior Ct. Case #: 00441-2013

| The People of the State of New York | | | | Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|---|---|---|---|
| -vs- ANTHONY NAVARRO Defendant | | | | 1  ATT-CPCS3 | 2 | PL 110-220.16(01) |
| | | | | 2  AGGRAVATED UNLIC OP | 4 | VTL511.1A 1A |
| | | | | 3 | 6 | VTL1129C.1B 1B |
| Male | 01/30/1982 | 09180699R | 65976591Y | 4  CPCS3 | 2 | PL 220.16(01) |
| Sex | DOB | NYSID #: | Criminal Justice Tracking # | Date(s) of Offense:  03/26/2013  To | | |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY   [✓] PLEA OR [ ] VERDICT] , THE MOST SERIOUS
OFFENSE BEING A   [✓] FELONY   OR [ ] MISDEMEANOR OR [ ] VIOLATION] , IS HEREBY SENTENCED TO:

| | Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ATT-CPCS3 | 2 | PL 110-220.16(01) | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

[ ] Counts _____ shall run CONCURRENTLY with each other   [ ] Count(s) _____ shall run CONSECUTIVELY to count(s) _____

[ ] Sentence imposed herein shall run CONCURRENTLY with _____ and/or CONSECUTIVELY to _____

[ ] Sentence imposed herein shall include a CONSECUTIVE _____ term of [ ] PROBATION OR [ ] CONDITIONAL DISCHARGE ],
with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]

[ ] Conviction includes:    WEAPON TYPE: _____ and/or DRUG TYPE: _____

[ ] Charged as a JUVENILE OFFENDER- age at time crime committed: _____ years   [ ] Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]

[ ] Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]   [ ] CASAT ordered [PL § 60.04(6)]

[ ] Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]   [ ] SHOCK INCARCERATION ordered [PL § 60.04(7)]

[ ] Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

[ ] As a:  [ ] Second  [ ] Second Violent  [ ] Second Drug  [ ] Second Drug w/prior VFO  [ ] Predicate Sex Offender   **FELONY**
[ ] Predicate Sex Offender w/prior VFO  [ ] Second Child Sexual Assault  [ ] Persistent  [ ] Persistent Violent   **OFFENDER**

Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])   Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])

| Paid | Not Paid | Deferred | | Amount | Paid | Not Paid | Deferred | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | Mandatory Surcharge | $300.00 | [ ] | [✓] | [ ] | Crime Victim Assistance Fee | $25.00 |
| [ ] | [ ] | [ ] | Fine | $_____ | [ ] | [ ] | [ ] | Restitution | $_____ |
| [ ] | [✓] | [ ] | DNA Fee | $50.00 | [ ] | [ ] | [ ] | Sex Offender Registration Fee | $_____ |
| [ ] | [ ] | [ ] | DWI/Other _____ | $_____ | [ ] | [ ] | [ ] | Supplemental Sex Off. Victim Fee | $_____ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS, (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

[ ]
TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.
REMARKS:
SI: Time served, psr waived by both sides

County Jail/Correctional Facility

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS:
I, TIMOTHY C. IDONI, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF FILED IN MY OFFICE ON _____, AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL.
IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL.

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as Indicated:
Official Name _____
Shield No. _____

6/22/17

COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY.

| | | |
|---|---|---|
| Pre-Sentence Investigation Report Attached: | [ ] Yes [✓] No | |
| Order of Protection Issued: | [ ] Yes [✓] No | [ ] Amended Commitment: [✓] Original Sentence Date: _____ |
| Order of Protection Attached: | [ ] Yes [✓] No | |

| 08/14/2014 | BRIAN MORLEY | by: _____ | SENIOR COURT CLERK |
|---|---|---|---|
| Date | Clerk of the Court | Signature | Title |