STIP
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
gabriel@grassodefense.com
Attorney for NAVARRO

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY NAVARRO,<br><br>    Defendant. | Case No.:   2:14-cr-00328-KJD-NJK<br><br>STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF PRETRIAL RELEASE<br><br>(FOURTH REQUEST) |

*Certification:*  This stipulation is filed pursuant to General Order 2007-04.

   IT IS STIPULATED between the defendant ANTHONY NAVARRO through his attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through ROBERT KNIEF, Assistant United States Attorney, that the hearing regarding revocation of supervised release currently scheduled for September 25, 2017, at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this court, but no event earlier than forty-five (45) days.

   This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

   1.   There have been three previous continuances granted to the defense in this case.

   2.   The defendant will need additional time to resolve his criminal matter in the State of New York which is the basis for the Government's revocation request and will therefore impact the Court's decision.

   3.   The parties agree to the continuance.

4. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

5. Also, denial of this request or continuance would result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the hearing regarding revocation of pretrial release.

7. This is the fourth request for a continuance on the hearing regarding revocation of pretrial release.

DATED this 22nd day of September, 2017.

RESPECTFULLY SUBMITTED BY:

| _/s/ Robert Knief_ | _/s/ Gabriel L. Grasso_ |
|---|---|
| ROBERT KNIEF | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for NAVARRO |

**STIP**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
gabriel@grassodefense.com
Attorney for NAVARRO

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No.:   2:14-cr-00328-KJD-NJK |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| ANTHONY NAVARRO, | ) | HEARING REGARDING REVOCATION |
| | ) | OF PRETRIAL RELEASE |
| Defendant. | ) | |
| | ) | (FOURTH REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The defendant will need additional time to resolve his criminal matter in the State of New York which is the basis for the Government's revocation request and will therefore impact the Court's decision.
2. This stipulation complies with General Order 2007-04.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence

3

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

3. This is the fourth request for a continuance.

## **ORDER**

**IT IS ORDERED** that the revocation of supervised release currently scheduled for September 25, 2017, at the hour of 9:00 a.m., be vacated and continued to November 14, 2017, at the hour of 3:00 p.m. in Courtroom 3B.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2017