# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 18-10213 |
| Plaintiff-Appellee, | ) | 2:14-cr-00328-KJD-NJK-5 |
| v. | ) | **ORDER** |
| ANTHONY NAVARRO, | ) | |
| Defendant-Appellant. | ) | |

Pursuant to the order filed on October 25, 2018, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

**IT IS HEREBY ORDERED** that **Michael Tanaka** is appointed to represent Anthony Navarro for this appeal. Mr. Tanaka's address is: 12400 Wilshire Boulevard, Suite 400, Los Angeles, CA 90025, and his telephone number is (323) 825-9746.

Mr. Grasso's office is directed to forward the file to Mr. Tanaka forthwith.

The Clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 2nd day of November, 2018.
*Nunc pro tunc: October 25, 2018.*

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE