UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY NAVARRO,<br><br>Defendant. | Case No. 2:14-cr-00328-KJD-NJK<br><br>ORDER |

Presently before the Court are Defendant's Motions for Compassionate Release (#357/404). Also before the Court is Defendant's Motion for Appointment of Counsel for Compassionate Release (#403). The motion for appointment of counsel is denied as moot, because the Court ordered that counsel be appointed for Defendant on January 29, 2021 and counsel was subsequently appointed.

Since Defendant's motions for compassionate release were filed, he was transferred from Fort Dix FCI to RRM New York, a residential reentry management facility. His current release date is October 31, 2022. Even if the Court were to grant Defendant's motion for compassionate release, it would first order him into an RRM in preparation for supervised release in the community. Accordingly, the Court denies the motions for compassionate release as moot.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motions for Compassionate Release (#357/404) are **DENIED as moot**;

IT IS FURTHER ORDERED that Defendant's Motion for Appointment of Counsel for Compassionate Release (#403) is **DENIED as moot**.

Dated this 19th day of August, 2022.

Kent J. Dawson
United States District Judge